UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., et al.,<br><br>Defendants. | Case No. 4:22-cv-07739-JST<br><br>**ORDER CONSOLIDATING CASES** |
| WILLOW WREN TURKAL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., et al.,<br><br>Defendants. | Case No. 4:24-cv-04054-JST |

The parties jointly request[1] that the Court consolidate *Strifling v. Twitter, Inc.*, No. 4:22-cv-07739-JST and *Turkal v. Twitter, Inc.*, No. 4:24-cv-04054-JST for all purposes, including trial. The Court will grant the request.

A court may consolidate two actions pending in the same district when they involve "common questions of law or fact." Fed. R. Civ. P. 42(a). The decision involves the application of "broad discretion," *Investors Research Co. v. U.S. Dist. Ct.*, 877 F.2d 777 (9th Cir. 1989), and tests "judicial convenience" against any "delay, confusion and prejudice," *In re Oreck Corp. Halo Vacuum & Air Purifiers Mktg. & Sales Practices Litig.*, 282 F.R.D. 486, 490 (C.D. Cal. 2012).

Here, the two cases involve substantially identical gender discrimination claims. The

---

[1] The request was presented by Defendants in the parties' joint case management statement. ECF No. 23. At the case management conference, Plaintiffs' counsel stipulated to consolidation.

parties anticipate that discovery will substantially overlap and will involve common questions of fact. Uniformity of decision-making and conservation of the parties' and the Court's resources militate in favor of consolidation.

The Court grants the parties' motion to consolidate. Case No. 4:22-cv-07739-JST shall be consolidated with Case No. 4:24-cv-04054-JST for all purposes, including trial. Case No. 4:22-cv-07739-JST shall be the lead case and referenced in the caption of all pleadings. All documents shall be filed in the lead case.

**IT IS SO ORDERED.**

Dated: October 30, 2024



JON S. TIGAR
United States District Judge